

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2021

No. 04-21-00057-CV

**IN THE MATTER OF THE MARRIAGE OF LYN M. WOLFF AND JASON W. WOLFF**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-22278
Honorable Rosie Alvarado, Judge Presiding

## ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED for want of jurisdiction. Costs of the appeal are assessed against the appellant.

It is so **ORDERED** on September 22, 2021.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2021.

Michael A. Cruz, Clerk of Court